No. 80–1104. STEWART-WARNER CORP. *v.* WESTERN ELECTRIC CO., INC. C. A. 4th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–650. CONNOR *v.* FLYNN, 449 U. S. 1079;

No. 80–723. PATRICELLI *v.* MECCA LTD. ET AL., 449 U. S. 1082;

No. 80–775. CIAFFONI ET AL. *v.* COWDEN ET AL., 449 U. S. 1083;

No. 80–5429. DeGIDEO *v.* ALTEMOSE CONSTRUCTION CO., 449 U. S. 1086;

No. 80–5565. WILLIAMS *v.* LOUISIANA, 449 U. S. 1103;

No. 80–5641. DOE *v.* WEST ET AL., 449 U. S. 1088;

No. 80–5751. BALDWIN *v.* LOUISIANA, 449 U. S. 1103;

No. 80–5778. WILSON *v.* GEORGIA, 449 U. S. 1103;

No. 80–5792. JOHL *v.* TOWN OF GROTON ET AL., 449 U. S. 1092; and

No. 80–5830. DUNK ET UX. *v.* MANUFACTURERS LIGHT & HEAT CO., 449 U. S. 1128. Petitions for rehearing denied.

No. 79–938. ALLSTATE INSURANCE CO. *v.* HAGUE, PERSONAL REPRESENTATIVE OF HAGUE'S ESTATE, 449 U. S. 302; and

No. 80–529. CALGON CORP. *v.* DAVIS, 449 U. S. 1101. Petitions for rehearing denied. JUSTICE STEWART took no part in the consideration or decision of these petitions.

MARCH 6, 1981

No. A–754. WILLIAMS *v.* INDIANA. Application for stay of execution of Steven T. Judy, presented to JUSTICE STEVENS, and by him referred to the Court, denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the stay.